# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFF ROE,<br><br>     Plaintiff,<br><br>  vs.<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS and CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS,<br><br>    Defendants. | CIVIL ACTION NO.: 20-[•]<br><br>JUDGE [••••••••••••]<br><br>MAGISTRATE JUDGE [••••••••••••] |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

The Roman Catholic Church of the Archdiocese of New Orleans (hereinafter, the "**Archdiocese**"), through undersigned counsel, hereby respectfully seeks leave of Court to file certain portions of Exhibit A to its Notice of Removal under seal.

In connection with its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and pursuant to 28 U.S.C. §§ 1334 and 1452(a), the Archdiocese is removing approximately 30 civil actions predicated on claims of abuse, including the above-captioned matter, which are currently pending in Orleans Parish Civil District Court (the "**State Court**"). As required by Rule 9027(a)(1) of the Federal Rules of Bankruptcy Procedure, the Archdiocese is filing, as Exhibit A to its Notice of Removal, what the Archdiocese believes to be a true and correct copy of all process and pleadings that have been filed in the State Court record.

Because the Plaintiff has filed suit under a pseudonym, pursuant to La. R.S. § 46:1844(W), the State Court granted the parties leave to file certain State Court record documents under seal,

including pleadings that reveal Plaintiff's identity.  Therefore, for consistency, the Archdiocese requests that it be allowed to file under seal those portions of Exhibit A to its Notice of Removal that have been sealed by order of the State Court.

Accordingly, The Roman Catholic Church of the Archdiocese of New Orleans respectfully requests leave of Court to file under seal the portions of Exhibit A to its Notice of Removal that have been sealed by order of the State Court, in accord with this Court's "Notice Regarding Sealed Pleadings," found on the Court's website at: http://www.laed.uscourts.gov/news/notice-regarding-sealed-pleadings-and-facsimile-filing-paper-documents.

Dated: May 4, 2020                                    Respectfully submitted,


                                                     s/ Jefferson R. Tillery.
                                                     WAYNE G. ZERINGUE, JR. (#18516)
                                                     JOSEPH J. LOWENTHAL, JR. (#08909)
                                                     JEFFERSON R. TILLERY (#17831)
                                                     EDWARD D. WEGMANN (#13315)
                                                     ALLISON B. KINGSMILL (#36532)
                                                     Jones Walker LLP
                                                     201 St. Charles Avenue, Floor 48
                                                     New Orleans, LA 70170
                                                     Telephone:    504-582-8682
                                                     Facsimile:    504-589-8682
                                                     Email:        wzeringue@joneswalker.com
                                                                   jlowenthal@joneswalker.com
                                                                   jtillery@joneswalker.com
                                                                   dwegmann@joneswalker.com
                                                                   akingsmill@joneswalker.com

                                                     and

                                                     RICHARD A. BORDELON (#14091)
                                                     TODD R. GENNARDO (#32029)
                                                     DYLAN K. KNOLL (# 35507)
                                                     Denechaud and Denechaud, L.L.C.
                                                     201 St. Charles Avenue, Suite 3920
                                                     New Orleans, LA 70170
                                                     Telephone:    504-522-4756

|  |  |
|---|---|
| Facsimile: | 504-568-0783 |
| Email: | rbordelon@denechaudlaw.com |
|  | tgennardo@denechaudlaw.com |
|  | dknoll@denechaudlaw.com |

***Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all known counsel for parties to this proceeding by electronic mail and/or by United States mail, postage prepaid and properly addressed, on this 4th day of May 2020.

*s/ Jefferson R. Tillery*